UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

NICOLE PAULTRE BELL, as Administratrix of the Estate of SEAN ELIJAH BELL, and on behalf of his infant children, JADA BELL and JORDYN BELL and NICOLE PAULTRE BELL individually, JOSEPH GUZMAN and TRENT BENEFIELD,

           Plaintiffs,

- against -

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, P.O. PAUL HEADLEY, P.O. MICHAEL CARY, P.O. MARC COOPER, P.O. GESCARD ISNORA and P.O. MICHAEL OLIVER,

           Defendants.

------------------------------------------------------------------------- x

**ANSWER TO CO-DEFENDANT MICHAEL CAREY'S AMENDED CROSS CLAIMS ON BEHALF OF DEFENDANTS CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, AND DETECTIVE PAUL HEADLEY**

CV 07-2994 (SJ)(RLM)

Jury Trial Demanded

    Defendants City of New York, New York City Police Department, and Detective Paul Headley ("City Defendants"), by their attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, as and for their Answer to "Michael Carey's Amended Answer, Cross-Claims and Counterclaim," dated July 2, 2010, respectfully allege, upon information and belief, as follows:

    1.  City Defendants repeat and re-allege each and every paragraph of their Answer to Complaint, dated June 18, 2010, as if fully set forth herein, including all affirmative defenses set forth therein.

    2.  Deny the allegations set forth in the paragraph denominated "1," under the heading "Cross Claims: First Cross-Claim" in "Michael Carey's Amended Answer, Cross-Claims, and Counterclaim" filed by co-defendant Michael Carey.

3. Deny the allegations set forth in the paragraph denominated "2," under the heading "Cross Claims: First Cross-Claim" in "Michael Carey's Amended Answer, Cross-Claims, and Counterclaim" filed by co-defendant Michael Carey.

4. Deny the allegations set forth in the paragraph denominated "3," under the heading "Cross Claims: Second Cross-Claim" in "Michael Carey's Amended Answer, Cross-Claims, and Counterclaim" filed by co-defendant Michael Carey, except respectfully refer the Court to General Municipal Law Section 50-k for a recitation of the duties of the City of New York with regard to indemnification.

5. Deny the allegations set forth in the paragraph denominated "4," under the heading "Cross Claims: Third Cross-Claim" in "Michael Carey's Answer, Cross-Claims, and Counterclaim" filed by co-defendant Michael Carey, except state that the allegation that "any alleged act or omission from which such judgment or settlement arose would have occurred while [Carey] was properly and lawfully acting within the scope of his public employment and in the discharge of his duties and he was not in violation of any rule or regulation of his agency at the time the alleged damages were sustained" is a conclusion of law, rather than an averment of fact, to which no response is required, and respectfully refer the Court to General Municipal Law Section 50-k for a recitation of the duties of the City of New York with regard to indemnification.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS OF CO-DEFENDANT CAREY:

6. The cross claims fail to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS OF CO-DEFENDANT CAREY:

7. Defendant City has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political

subdivision thereof, nor has defendant violated any act of Congress providing for the protection of civil rights.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS OF CO-DEFENDANT CAREY:

8. At all times relevant to the incident, defendant City of New York acted reasonably in the proper and lawful exercise of its discretion.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS OF CO-DEFENDANT CAREY:

9. To the extent Defendant Carey asserts state law claims against the City of New York, such claims should be barred by the doctrine of immunity for judgmental errors in the exercise of governmental functions.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS OF CO-DEFENDANT CAREY:

10. Defendant Carey's cross-claims against defendant City are not ripe for adjudication.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS OF CO-DEFENDANT CAREY:

11. Any injury alleged to have been sustained by plaintiffs was not the proximate result of conduct on the part of defendant City of New York, the New York City Police Department, or Detective Paul Headley and resulted in whole or in part from the culpable, negligent and/or intervening conduct of defendant Carey.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS OF CO-DEFENDANT CAREY:

12. Defendant Carey's cross claims may be barred in part by the doctrines of res judicata and/or collateral estoppel.

**WHEREFORE,** the City Defendants request judgment dismissing the amended cross-claims of co-defendant Michael Carey, as against them with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
July 21, 2010

          MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants City of New York, New York City Police Department, and Detective Paul Headley
100 Church Street
New York, New York 10007
(212) 788-9567

By: *[signature]*
Kathleen E. Naughton
Assistant Corporation Counsel

cc: **VIA ECF AND FIRST CLASS MAIL**
Scott E. Rynecki, Esq.
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, New York 11241

**VIA ECF AND FIRST CLASS MAIL**
James M. Moschella
Karasyk & Moschella, LLP
225 Broadway
32nd Floor
New York, NY 10007

**VIA ECF AND FIRST CLASS MAIL**
Richard Ernest Signorelli
Law Office of Richard E. Signorelli
799 Broadway
Suite 539
New York, NY 10003

Docket No.: CV 07-2994 (SJ)(RLM)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NICOLE PAULTRE BELL, as Administratrix of the Estate of SEAN ELIJAH BELL, and on behalf of his infant children, JADA BELL and JORDYN BELL and NICOLE PAULTRE BELL individually, JOSEPH GUZMAN and TRENT BENEFIELD,

　　　　　　　　　　　　　　　Plaintiffs,

- against -

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, P.O. PAUL HEADLEY, P.O. MICHAEL CARY, P.O. MARC COOPER, P.O. GESCARD ISNORA and P.O. MICHAEL OLIVER,

　　　　　　　　　　　　　　　Defendants.

**ANSWER TO CO-DEFENDANT MICHAEL CAREY'S AMENDED ANSWER WITH CROSS-CLAIMS AND COUNTERCLAIM**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants City of New York, New York City Police Department, and Detective Paul Headley*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Kathleen E. Naughton*
*Tel: (212) 788-9567*

*Due and timely service is hereby admitted.*

New York, N.Y. ........................................,2010

................................................................Esq.

Attorney for ................................................