ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: 8/16/10
START: 10:00 a.m.
END: 10:15 a.m.

DOCKET NO: 07 CV 2994
CASE: Bell v. NYC

___ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
✔ SETTLEMENT CONFERENCE

___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✔ TELEPHONE CONFERENCE

FOR PLAINTIFF: Scott Rynecki
Alan Goodman

FOR DEFENDANT:

___ DISCOVERY TO BE COMPLETED BY
___ NEXT ___ CONFERENCE SCHEDULED FOR
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
PL. TO SERVE DEF. BY: ___   DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court inquires about the reason for characterizing the Bell settlement as wrongful death as opposed to loss of consortium. Plaintiffs' counsel will consult with an estate planner and get back to the Court.