UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
**NICOLE PAULTRE BELL,** *Individually,*
*and as Administratrix of the Estate of*
*Sean Elijah Bell, and on behalf*
*of his infant children, Jada Bell* and
*Jordyn Bell*, et al.,

               Plaintiffs,                      **ORDER**

          -against-                           07-CV-2994 (SJ)

**THE CITY OF NEW YORK,** et al.,

               Defendants.
-------------------------------------------------------------------x

      The Court is in receipt of the Petition of the Administratrix of the Estate of Sean Bell for approval of the Bell settlement.[1] As indicated at the settlement conference in July, the Court believes that the overall settlement is fair and reasonable. The Court's only concern is with the fees. A telephone conference to address this issue will be held on September 23, 2010, at 3:00 p.m. Plaintiffs' counsel shall initiate the call. Each attorney for the Bell plaintiffs shall participate, as shall counsel for the City of New York.

      SO ORDERED.

Dated:      Brooklyn, New York
                September 21, 2010

                                                **ROANNE L. MANN**
                                                **UNITED STATES MAGISTRATE JUDGE**

---

[1] Court approval is required with respect to the settlement of the claims brought by the Bell plaintiffs, as that settlement involves a compromise of a wrongful death claim, a claim for conscious pain and suffering, and claims brought on behalf of infant plaintiffs. See Local Civ. R. 83.2.