ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: September 23, 2010
START: 3:00 PM
END: 4:15 pm

DOCKET NO: 07-CV-2994 (SJ)

CASE: Bell, et al. v. The City of New York, et al.

___ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
✓ SETTLEMENT CONFERENCE

___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE

FOR PLAINTIFF:

FOR DEFENDANT:

> See attached

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT _____ CONFERENCE SCHEDULED FOR _____
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
    PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a follow-up settlement conference to address the timing of payment to the Bell plaintiffs, as well as the reasonableness of the attorneys' fees requested in connection with counsels' representation of the Bell plaintiffs. In response to concerns expressed by the Court, including counsels' failure to maintain contemporaneous time records, counsel agree to reduce their fees to $750,000. Ms. Bell agrees to this amount, which is approved by the Court.

→

Plaintiffs' counsel will revise the proposed order, allocating the additional sums resulting from the fee reduction to the two custodial accounts for the benefit of the infant Bell plaintiffs.

The City shall expedite payment, so that the annuities described in the petition can be purchased by October 30, 2010.

| | |
|---|---|
| ROANNE L. MANN<br>UNITED STATES MAGISTRATE JUDGE | DATE:  September 23, 2010 |

DOCKET NO:    07-CV-2994 (SJ)

CASE:         Bell, et al. v. The City of New York, et al.

## APPEARANCES

**PLAINTIFF:**

Michael Hardy

Sanford Rubenstein

Scott Rynecki

Nicole Paultre-Bell/with Mother

Brian Schachter (FY Settlement Services)


**DEFENDANT:**

**CITY:**

Caryn Rosencrantz